IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

OSCAR STILLEY                                                                    PLAINTIFF

VS                              CASE NO. CIV-08-2032

UNIVERSITY OF ARKANSAS at FORT SMITH;
SEBASTIAN COUNTY, ARKANSAS AND
PAUL BERAN                                                                       DEFENDANTS

### SEPARATE DEFENDANTS, UNIVERSITY OF ARKANSAS FORT SMITH AND DR. PAUL BERAN'S, MOTION TO DISMISS COMPLAINT

Comes now the Separate Defendants, the University of Arkansas, Fort Smith ("UAFS") and Dr. Paul Beran ("Dr. Beran"), and for their Motion to Dismiss Complaint ("Motion") states as follows, to-wit:

1. The Court lacks jurisdiction over the subject matter; the Court lacks jurisdiction over the person of these Defendants; the Summons' which have been served upon these Defendants are insufficient; and the Complaint fails to state claims upon which relief can be granted against these Defendants.

2. The Plaintiff's Complaint is barred by the Eleventh Amendment of the United States Constitution.

3. The Plaintiff's Complaint is barred by the Statute of Limitations.

4. The Plaintiff's arguments within the Complaint regarding "illegal taxation" are barred by the Tax Injunction Act.

5. The Plaintiff's claims, which have already been adjudicated at the state trial court and appellate levels and are now integrated into this Complaint are subject to dismissal under the Rooker-Feldman Doctrine.

6. UAFS and Dr. Beran hereby reserve the right to file an Answer, Counterclaim or Cross-Complaint, following this Court's consideration of this Motion.

7. The above arguments for dismissal are further addressed in a Brief in Support of the Motion to Dismiss, which is filed along with this Motion and incorporated fully herein by this reference.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, University of Arkansas Fort Smith and Dr. Paul Beran, pray that Plaintiff's Complaint against them be dismissed, for their costs and attorney fees, and for any and all other equitable relief to which they may be entitled.

RESPECTFULLY SUBMITTED,

UNIVERSITY OF ARKANSAS, FORT SMITH
and DR. PAUL BERAN

By: **/s/ Stephen C. Smith**
Stephen C. Smith, Ark. Bar #2003014
Don A. Smith,    Ark. Bar #62026
SMITH, MAURRAS, COHEN, REDD & HORAN, PLC
P.O. Box 10205
Fort Smith, AR 72917-0205
Telephone (479) 782-1001
Facsimile (479) 782-1279

**CERTIFICATE OF SERVICE**

I, Stephen C. Smith, do hereby certify that a true and correct copy of the foregoing instrument was served by CM/ECF this 25th day of August, 2008, to:

Mr. Oscar Stilley
7103 Race Track Loop
Fort Smith, AR  72916          **/s/ Stephen C. Smith**
                               Stephen C. Smith